No. 400. WILKEY ET AL. *v.* ALABAMA EX REL. SMITH ET AL. November 15, 1943. Petition for writ of certiorari to the Supreme Court of Alabama denied. MR. JUSTICE BLACK took no part in the consideration or decision of this application. *Mr. James A. Simpson* for petitioners.

788

*Mr. Francis H. Hare* for respondents.